In the Matter of the Accounting of ABRAHAM J. MICHEL-BACHER, as Executor of ELLA MICHELBACHER, Deceased, Appellant.

CORA GUITERMAN et al., Respondents.

(Argued January 8, 1930; decided February 11, 1930.)

*Stephen Callaghan* and *Samuel F. Frank* for appellant.

*Winthrop A. Wilson* and *Milton S. Guiterman* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.